■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMANDO TORRES, Appellant. [678 NYS2d 908] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 7, 1997 (*People v Torres,* 238 AD2d 362), affirming a judgment of the Supreme Court, Kings County, rendered August 15, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Friedmann, Florio and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN TRINH, Appellant. [678 NYS2d 751] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered May 23, 1996, convicting him of robbery in the first degree and menacing in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the trial court should have charged the jury on the affirmative defense to robbery in the first degree under Penal Law § 160.15 (4) is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Cona,* 49 NY2d 26; *People v Lewis,* 203 AD2d 389) and we decline to review the issue in the exercise of our interest of justice jurisdiction. O'Brien, J. P., Sullivan, Pizzuto and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN VANN, Appellant. [678 NYS2d 752] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered May 13, 1997, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., O'Brien, Sullivan, Krausman and Florio, JJ., concur.